UNITED STATES *versus*
THREE TURKEYS and a BASKET
of SALAD. 

Journal Entries: (1) Sept. 10, 1822: libel filed, notice ordered published; (2) Oct. 9, 1822: proclamation made, evidence heard; (3) Oct. 10, 1822: property condemned, sale and notice of sale ordered.
Papers in File (1822): (1) Libel; (2) interrogatories, answers; (3-4) subpoenas; (5) return of sales.
*File No. . . . .*

 UNITED STATES *versus*
FOURTEEN BARRELS FLOUR. ██

Journal Entries: (1) Sept. 10, 1822: libel filed, notice ordered published; (2) Oct. 9, 1822: proclamation made, evidence heard; (3) Oct. 10, 1822: property condemned, sale and notice of sale ordered.
Papers in File (1822): (1) Libel; (2) form of interrogatories; (3-4) subpoenas; (5) return of sales.
*File No. . . . .*

 UNITED STATES *versus*
ELEVEN and ONE-HALF BUSHELS
OATS, TWO and ONE-HALF BU-
SHELS WHEAT, and ONE HUN-
DREDWEIGHT FLOUR. 

UNITED STATES *versus*
ONE PIECE WHITE MOLTON, ONE
PIECE SCARLET CLOTH, ONE
PIECE STROUDS, ONE PIECE BLUE
CLOTH, THREE INDIAN CALICO
SHIRTS, ONE PIECE INDIAN CAL-
ICO, FOUR ROLLS GARTERING,
TWO HANKS WORSTED, ONE
POUND VERMILION, ONE POUND
THREAD, ONE PAPER RIBBONS,
SIX FIRE STEELS, ONE DOZEN
GUN FLINTS, ONE PAPER GUN
FLINTS, FIVE MASSES BEADS,
ONE BAG SHOT AND BALL, ONE
BAG GUN POWDER, THREE
BEAVER TRAPS, SIX and ONE-
HALF PAIRS BLANKETS, and ONE
BLUE CAPOT. 

Journal Entries: (1) Sept. 10, 1822: libel filed, notice ordered published; (2) Oct. 9, 1822: proclamation made, evidence heard; (3) Oct. 16, 1824: proclamation made, evidence heard, property condemned, sale and notice of sale ordered.
Papers in File (1822-25): (1) Libel; (2) commission to take deposition, deposition of John Agnew; (3-4) copies of order for publication of notice; (5) proof of publication of notice; (6) copy of order of sale, report of sale; (7) account of sale; (8) marshal's account, approval.
*File No. 41 of 1822.*

 UNITED STATES *versus*
ONE RED OX. 

Journal Entries: (1) Sept. 10, 1822: libel filed, notice ordered published; (2) Oct. 9, 1822: proclamation made, evidence heard; (3) Oct. 10, 1822: attendance of witness proved; (4) Oct. 11, 1822: libel dismissed, reasonable ground for instituting suit certified.
Papers in File (1822): (1) Libel; (2) depositions of Theophilus Mettez and Louis Peltier; (3-4) subpoenas.
*File No. . . . .*